IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEONARD MORNES, § | |
|   PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 17-CV-02333-N-BK |
| § | |
| SHERIFF LUPE VALDEZ, SHIFT § | |
| LEADER OFFICER NFN SMITH, § | |
| OFFICER NFN SMITH, NURSE § | |
| ELIZABETH NLN, DR. NFN BETT, § | |
| DR. SEAN NICHOLAS SHAHRESTANI, § | |
|   DEFENDANTS. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants Valdez, Smith, and Smith's *Renewed Motion for Summary Judgment* is **GRANTED** and the claims against them are **DISMISSED WITHOUT PREJUDICE**. Defendant Bett's *Second Motion for Summary Judgment* and *Motion for Summary Judgment of Defendants Sean Shahrestani, MD and Adunni Yakubu, LVN* are **GRANTED** and the claims against them are **DISMISSED WITH PREJUDICE**.

SIGNED this 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE